**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAND TARZANA SURGICAL INSTITUTE, INC., | Case No. CV 14-3191 FMO (AGRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION-PACIFIC MARITIME ASSOCIATION WELFARE PLAN, | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed with prejudice**. The parties shall bear their own fees and costs.

Dated this 8th day of March, 2016.

/s/
Fernando M. Olguin
United States District Judge